# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

MELODIE K. BALDWIN,

    Plaintiffs,

v.

COASTAL MOTOR SALES, INC. dba SAVANNAH TOYOTA,

    Defendant.

CIVIL ACTION NO.: 4:18-cv-276

## O R D E R

Presently before the Court is the parties' Stipulation of Dismissal with Prejudice filed on August 8, 2019. (Doc. 17.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this case **WITH PREJUDICE**. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 20th day of August, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA